IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VIRGINIA BROCK as Administratrix
of the Estate of CYNTHIA RENEE
BROCK (Deceased)                                                              PLAINTIFF

v.                                    Case No. 1:17-cv-1008

MIKE MCGOUGH, *et al.*                                                      DEFENDANTS

## JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. (ECF No. 25). Plaintiff Virginia Brock filed a response. (ECF No. 30). Defendants filed a reply. (ECF No. 32). The parties filed supplemental briefs. (ECF Nos. 38, 41). The Court finds the matter ripe for consideration.

For the reasons discussed in the Court's Memorandum Opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 25) should be and hereby is **GRANTED** as to Plaintiff's federal claims. Plaintiff's official capacity claims against all Defendants are hereby **DISMISSED WITH PREJDUICE**. Plaintiff's individual capacity claims against all Defendants relating to 42 U.S.C. 1983 and the ADA are also **DISMISSED WITH PREJUDICE**. To the extent that Plaintiff asserts her failure-to-train claim against all Defendants pursuant to 42 U.S.C. 1983, that claim is **DISMISSED WITH PREJUDICE** as well. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state claims, and those claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of September, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge